# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> NELSON VAZQUEZ ) <br> ) <br> Defendant. ) <br> _____ ) | 2:10-cr-00462-LRH-PAL <br><br> **ORDER** |

      The Court appointed the Federal Public Defender to represent Nelson Vazquez on September 22, 2010. The Court has now been informed that a conflict exists.

      Accordingly, **BRET O. WHIPPLE, ESQ**. is HEREBY APPOINTED to represent **NELSON VAZQUEZ** for all further proceedings.

      The Federal Public Defender is directed to forward the file to Bret Whipple forthwith.

      DATED this 4th day of October, 2010.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge