✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JAN 1 2 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 2:10-CR-462-LRH (PAL) |
| NELSON VAZQUEZ, ) | |
| Defendant. ) | |

## ORDER OF FORFEITURE

On October 12, 2011, defendant NELSON VAZQUEZ pled guilty to Count One of a One-Count Criminal Indictment charging him with Theft of Government Funds in violation of Title 18, United States Code, Section 641 and agreed to the forfeiture of property set forth in the Forfeiture Allegation in the Criminal Indictment. Docket #2.

This Court finds that NELSON VAZQUEZ shall pay a criminal forfeiture money judgment of $525,326.50 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from NELSON VAZQUEZ a criminal forfeiture money judgment in the amount of $525,326.50 in United States Currency.

DATED this **12** day of **January**, 2012.

_____
UNITED STATES DISTRICT JUDGE